```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 14-01151-JJT
Elisabeth Anne Wallace                                          Chapter 13
       Debtor                      **CERTIFICATE OF NOTICE**

District/off: 0314-5      User: JGoodling        Page 1 of 1         Date Rcvd: Aug 14, 2017
                          Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4483040          E-mail/Text: bkdepartment@rtresolutions.com Aug 14 2017 19:07:48
                 Real Time Resolutions, Inc.,    1349 Empire Central Dr., Ste #150,   P.O. Box 36655,
                 Dallas, TX 75247
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              Jerome B Blank    on behalf of Creditor    JPMorgan Chase Bank, National Association pamb@fedphe.com
              John H. Doran    on behalf of Attorney    Hemlock Farms Community Association
               jdoran@dorananddoran.com, mdoran@dorananddoran.com
              Joseph P Schalk    on behalf of Creditor    JPMorgan Chase Bank, National Association
               pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    JPMorgan Chase Bank, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Paul William Cressman    on behalf of Creditor    JPMorgan Chase Bank, National Association
               pamb@fedphe.com
              Thomas I Puleo    on behalf of Creditor    JPMorgan Chase Bank, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vern S. Lazaroff    on behalf of Debtor Elisabeth Anne Wallace pabankruptcy@vernlazaroff.com,
               r39899@notify.bestcase.com
                                                                                              TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:14-bk-01151-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

Elisabeth Anne Wallace
2607 Hemlock Farms
Lords Valley PA 18428

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/14/2017.

Name and Address of Alleged Transferor(s):

Claim No. 2: Real Time Resolutions, Inc., 1349 Empire Central Dr., Ste #150, P.O. Box 36655, Dallas, TX 75247

Name and Address of Transferee:

JPMorgan Chase Bank, N.A.
c/o LCS Financial Services Corporation
6782 S. Potomac Street, Suite 100
Centennial, CO 80112
JPMorgan Chase Bank, N.A.
c/o LCS Financial Services Corporation

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/16/17

Terrence S. Miller
**CLERK OF THE COURT**