```
                              United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                              Case No. 14-01151-RNO
Elisabeth Anne Wallace                                              Chapter 7
      Debtor                      CERTIFICATE OF NOTICE
District/off: 0314-5          User: PRatchfor              Page 1 of 2              Date Rcvd: Jul 09, 2019
                              Form ID: 318                 Total Noticed: 52
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2019.
```
db           #+Elisabeth Anne Wallace,    2607 Hemlock Farms,    Lords Valley, PA 18428-9086
cr            +JPMORGAN CHASE BANK, N.A.,    700 Kansas Ln,    Mail Code LA4-555,   Monroe, LA 71203-4774
cr            +LCS FINANCIAL SERVICES CORPORATION,    6782 S. Potomac Street,    Suite 100,
                Centennial, CO 80112-4585
4460202        Bon Secours Com Hosp,    PO Box 404299,    Atlanta, GA 30384-4299
4460203       +Capital One, N.A.,    2730 Liberty Ave,    Pittsburgh, PA 15222-4704
4460204       +Charles Smith, MD,    3 Coates Dr, Ste 8,    Goshen, NY 10924-6765
4460205        Chase Home Finance,    PO Box 78420,    Phoenix, AZ 85062-8420
4460206       +Chase Manhattan Mortgage,    Attn: Research Dept. G7-PP,    3415 Vision Drive,
                Columbus, OH 43219-6009
4460209       +Direct TV,   c/o Allied Interstate, Inc,    435 Ford Rd, Ste 800,    Minneapolis, MN 55426-1066
4539881        Hemlock Farms Community Association,    c/o John H. Doran, Esquire,
                69 Public Square, Suite 700,    Wilkes-Barre, PA 18701
4460211       +Hemlock Farms Volunteer Fire,    PO Box 535,    Baldwinsville, NY 13027-0535
4956921       +JPMorgan Chase Bank, N.A.,    700 Kansas Ln, Mail Code LA4-5555,    Monroe, LA 71203-4774
4956920       +JPMorgan Chase Bank, N.A.,    c/o LCS Financial Services Corporation,
                6782 S. Potomac Street, Suite 100,    Centennial, CO 80112-4585
4538546       +JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
                Mail Code: LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
4757731        MTGLQ Investors, L.P.,    C/O Shellpoint Mortgage Servicing,    PO Box 10826,
                Greenville SC  29603-0826
4757732       +MTGLQ Investors, L.P.,    C/O Shellpoint Mortgage Servicing,    PO Box 10826,
                Greenville SC  29603-0826,    MTGLQ Investors, L.P.,
                C/O Shellpoint Mortgage Servicing 29603-0826
4460213       +Orange County Trust Co,    Po Box 790,    Middletown, NY 10940-0790
4460214       +Oxcollection,   135 Maxess Rd Ste 2a,    Melville, NY 11747-3801
4460217       +PPL Electric Utilities,    2 N 9th St,    Allentown, PA 18101-1179
4513885       +PPL Electric Utilities,    827 Hausman Road,    Allentown, PA 18104-9392
4460215       +Palisad Coll,    c/o Apothaker & Assoc,    520 Fellowship Rd, C306,    Mount Laurel, NJ 08054-3410
4460216        Phelan Hallinan & Schmieg LLP,    1617 JFK Blvd., Ste 1400,    One Penn Center Plaza,
                Philadelphia, PA 19103
4460218       +Rhnbeck Sb,   2 Jefferson Plz,    Poughkeepsie, NY 12601-4059
4460220        Stellar Collection Ser,    P.o. Box 6960,    Syracuse, NY 13217
4460221       +Stellar Collection Services,    4567 Crossroads Park Dr.,    Liverpool, NY 13088-3589
4460222       +Tri State Emergency,    484 Temple Hill Rd, Ste 104,    New Windsor, NY 12553-5529
4460227       +Wayne Ent Cl,   PO Box 443,    Honesdale, PA 18431-0443
4460228       +Wayne Enterprises,    PO Box 443,    Honesdale, PA 18431-0443
4460229       +Wayne Memorial Hosp,    601 Park Street,    Honesdale, PA 18431-1498
4460230       +Wayne Radiology Assoc,    601 Gates Road, Ste 3,    Vestal, NY 13850-2288
4460231        Wayne Radiology Assoc,    c/o Stella Collection Svcs, Inc,    PO Box 6960,    Syracuse, NY 13217
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4460196       +EDI: AFNIRECOVERY.COM Jul 09 2019 23:08:00      AFNI, INC.,    PO Box 3097,
                Bloomington, IL 61702-3097
4460200       +E-mail/Text: egssupportservices@alorica.com Jul 09 2019 19:10:48      AT&T,    c/o NCO,
                507 Prudential Rd,    Horsham, PA 19044-2308
4460199       +E-mail/Text: Supportservices@receivablesperformance.com Jul 09 2019 19:10:54      AT&T,
                c/o RPM,    20816 44th, Ave W,    Lynnwood, WA 98036-7744
4508249       +EDI: AFNIRECOVERY.COM Jul 09 2019 23:08:00      Afni, Inc,    PO Box 3667,
                Bloomington, IL 61702-3667
4490724        EDI: AIS.COM Jul 09 2019 23:08:00      American InfoSource LP as agent for,    Verizon,
                PO Box 248838,    Oklahoma City, OK  73124-8838
4460197       +EDI: ACCE.COM Jul 09 2019 23:08:00      Asset Acceptance,    Po Box 2036,    Warren, MI 48090-2036
4460198        EDI: ACCE.COM Jul 09 2019 23:08:00      Asset Acceptance, LLC,    PO Box 1630,
                Warren, MI 48090-1630
4460201       +EDI: CHASE.COM Jul 09 2019 23:08:00      Bank One/Chase,    8333 Ridgepoint Dr,
                Irving, TX 75063-5812
4460207        EDI: WFNNB.COM Jul 09 2019 23:08:00      Comenity Bank/Express,    PO Box 182789,
                Columbus, OH 43218-2789
4460208        EDI: WFNNB.COM Jul 09 2019 23:08:00      Comenity Bank/Vctrssec,    PO Box 182789,
                Columbus, OH 43218-2789
4460210       +E-mail/Text: tara.carrubba@hfca.com Jul 09 2019 19:10:45      Hemlock Farms Comm Assoc,
                1007 Hemlock Farms,    Lords Valley, PA 18428-9059
4460212       +E-mail/Text: egssupportservices@alorica.com Jul 09 2019 19:10:48      NCO Financial,
                PO Box 17202,    Wilmington, DE 19850-7202
4472776        E-mail/Text: ebn@vativrecovery.com Jul 09 2019 19:10:41      Palisades Collection, LLC,
                Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Collection, LLC,
                PO Box 40728,    Houston TX 77240-0728
4483040        E-mail/Text: bkdepartment@rtresolutions.com Jul 09 2019 19:10:48
                Real Time Resolutions, Inc.,    1349 Empire Central Dr., Ste #150,    P.O. Box 36655,
                Dallas, TX 75247
4460219       +EDI: RMSC.COM Jul 09 2019 23:08:00      Sams Club,    Attention: Bankruptcy Department,
                Po Box 105968,    Atlanta, GA 30348-5968
```

```
District/off: 0314-5          User: PRatchfor        Page 2 of 2          Date Rcvd: Jul 09, 2019
                              Form ID: 318           Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
4460223         E-mail/Text: ering@cbhv.com Jul 09 2019 19:10:44    TriState Anesthesia Associates,
                 c/o CBHV, Inc.,    PO Box 831,    Newburgh, NY 12551-0831
4460224        +E-mail/Text: bknotice@ercbpo.com Jul 09 2019 19:10:46    Verizon,    c/o ERC,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
4460225        +EDI: VERIZONCOMB.COM Jul 09 2019 23:08:00    Verizon Pennsylvania I,    500 Technology Dr,
                 Weldon Spring, MO 63304-2225
4460226        +EDI: WFNNB.COM Jul 09 2019 23:08:00    Victoria's Secret,    Po Box 182124,
                 Columbus, OH 43218-2124
4460233        +EDI: WFNNB.COM Jul 09 2019 23:08:00    Wfnnb/dress Barn,    Po Box 182273,
                 Columbus, OH 43218-2273
4460234        +EDI: WFNNB.COM Jul 09 2019 23:08:00    Wfnnb/express,    Po Box 182124,
                 Columbus, OH 43218-2124
                                                                                             TOTAL: 21

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*            Hemlock Farms Community Association,    c/o John H. Doran, Esquire,
                 69 Public Square, Suite 700,    Wilkes-Barre, PA   18701
cr*            +JPMORGAN CHASE BANK, N.A.,    700 Kansas Ln, Mail Code LA4-5555,    Monroe, LA 71203-4774
cr*            +MTGLQ Investors, L.P.,    C/O SHELLPOINT MORTGAGE SERVICING,    PO BOX 10826,
                 GREENVILLE, SC 29603-0826
cr*            +MTGLQ Investors, L.P.,    c/o ShellPoint Mortgage Servicing,    PO BOX 10826,
                 GREENVILLE, SC 29603-0826
4460232*       +Wayne Radiology Assoc,    601 Gates Road, Ste. 3,    Vestal, NY 13850-2288
                                                                                       TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2019 at the address(es) listed below:
```
              Jerome B Blank    on behalf of Creditor    JPMorgan Chase Bank, National Association pamb@fedphe.com
              John H. Doran     on behalf of Attorney    Hemlock Farms Community Association
               jdoran@dorananddoran.com, mdoran@dorananddoran.com
              John J Martin (Trustee)    pa36@ecfcbis.com, trusteemartin@martin-law.net
              Joseph P Schalk    on behalf of Creditor    JPMorgan Chase Bank, National Association
               jschalk@barley.com, sromig@barley.com
              Joshua I Goldman    on behalf of Creditor    JPMorgan Chase Bank, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Paul William Cressman    on behalf of Creditor    JPMorgan Chase Bank, National Association
               pamb@fedphe.com
              Thomas I Puleo    on behalf of Creditor    JPMorgan Chase Bank, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vern S. Lazaroff    on behalf of Debtor 1 Elisabeth Anne Wallace pabankruptcy@vernlazaroff.com,
               r39899@notify.bestcase.com
                                                                                              TOTAL: 9
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Elisabeth Anne Wallace** <br> First Name    Middle Name    Last Name | Social Security number or ITIN **xxx–xx–4199** <br> EIN __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN ____ <br> EIN __–_____ |
| United States Bankruptcy Court    **Middle District of Pennsylvania** | | |
| Case number:    **5:14–bk–01151–RNO** | | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Elisabeth Anne Wallace
aka Elizabeth A Wallace, aka Elisabeth Anne Wallace

**By the court:**

*[signature: Robt N. Opel II]*

7/9/19

Honorable Robert N. Opel, II
United States Bankruptcy Judge

By: PRatchford, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318    **Order of Discharge**    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**