```
                    United States Bankruptcy Court
                     Middle District of Pennsylvania
```

In re:                                                        Case No. 14-01151-RNO
Elisabeth Anne Wallace                                        Chapter 7
        Debtor                 **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: PRatchfor        Page 1 of 1         Date Rcvd: Jul 09, 2019
                             Form ID: fnldec         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2019.
db             #+Elisabeth Anne Wallace,   2607 Hemlock Farms,   Lords Valley, PA 18428-9086

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2019                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2019 at the address(es) listed below:
          Jerome B Blank    on behalf of Creditor    JPMorgan Chase Bank, National Association pamb@fedphe.com
          John H. Doran   on behalf of Attorney    Hemlock Farms Community Association
           jdoran@dorananddoran.com,  mdoran@dorananddoran.com
          John J Martin (Trustee)   pa36@ecfcbis.com,  trusteemartin@martin-law.net
          Joseph P Schalk   on behalf of Creditor    JPMorgan Chase Bank, National Association
           jschalk@barley.com,  sromig@barley.com
          Joshua I Goldman    on behalf of Creditor    JPMorgan Chase Bank, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Paul William Cressman    on behalf of Creditor    JPMorgan Chase Bank, National Association
           pamb@fedphe.com
          Thomas I Puleo    on behalf of Creditor    JPMorgan Chase Bank, N.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          Vern S. Lazaroff    on behalf of Debtor 1 Elisabeth Anne Wallace pabankruptcy@vernlazaroff.com,
           r39899@notify.bestcase.com
                                                              TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Elisabeth Anne Wallace,                                  Chapter          7
 aka Elizabeth A Wallace, aka Elisabeth Anne Wallace,

        **Debtor 1**                                        Case No.          5:14–bk–01151–RNO

Social Security No.:
                    xxx–xx–4199

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

### John J Martin (Trustee)

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated:  July 9, 2019                                      By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: PRatchford, Deputy Clerk

**fnldec** (05/18)